IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| *Plaintiff*, | ) |
| | ) C.A. No. 1:19-cv-02363-RGA |
| v. | ) |
| DUPONT DE NEMOURS, INC., | ) DEMAND FOR JURY TRIAL |
| *Defendant*. | ) |

**PLAINTIFF SYMBOLOGY INNOVATIONS, LLC'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses WITH prejudice all claims by Plaintiff against Defendant Dupont de Nemours, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 8, 2020

Respectfully submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540

***Attorney(s) for Plaintiff***
***Symbology Innovations, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on June 8, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                                  /s/ *Stamatios Stamoulis*
                                                  Stamatios Stamoulis #4606